# UNITED STATES COURT OF INTERNATIONAL TRADE

(120)

~~ASSIGNED TO JUDGE RIDGWAY~~

| 96-10-02291<br>Docket Number | 28 U.S.C. 1581 (a)<br>Jurisdiction | Judge |
|---|---|---|

## Short Title

Toy Biz, Inc.     v.     United States

## Administrative Investigation Information

Toys

Government Agency:   Treasury ( x )     I.T.C. ( )     D.O.C. ( )     D.O.L. ( )     Other ( )

Fee Paid  $120.00  Receipt No. 2346     Date  10-3-96     Jury Demand ( )

## Title

Toy Biz, Inc.

PLAINTIFF(S)
v.

United States

DEFENDANT(S)

DS-1A (4-1 2M)

| Attorneys | |
|---|---|
| Plaintiff(s) | Defendant(s) |
| Sherry Singer<br>Singer & Singh, Esqs.<br>550 W. Merrick Rd.<br>Valley Stream, N.Y. 11580<br>(516)568-1000<br>(212)643-0748 | Mikki Graves Walser<br>Civil division, Dept. of Jusitce<br>Commercial Litigation Branch<br>26 federal Plaza<br>New York, NY  10278<br>(212)264-9230 or 9245 |

| 96-10-02291<br>Docket Number | Toy Biz, Inc.<br>Plaintiff | |
|---|---|---|
| Date<br>(Filing/Entry) | Proceedings | Int. |
| (1)<br>Oct 3/96 | Summons filed. | sg |
| (2)<br>Nov 7/97 | Complaint filed. | rr |
| (3)<br>Jan 16/98 | Deft filed motion for time out of timen to answer or otherwise respond to complaint until March 9/98 w/ schedule. | rr |
| (4)<br>Jan 28/98 | Pltf filed response in opposition to deft's motion for time out of time to answer or otherwise respond to pltf's complaints. W/schedule. | tb |
| (5)<br>Feb 9/98 | Deft motion for time out of time to answer (3)GRANTED. ORDERED: tat deft's time to answer or otherwise respond to the complaint in this action and the complaints in the actions listed on the attached schedule of cases is extended for sixty days through and including March 9/98. W/Schedule. | st |
| (6)<br>Mar 9/98 | Deft filed consent motion to designate this a test case and for the suspention of the actions on schedule thereunder w/schedule. | rr |
| (7)<br>Mar 9/98 | Deft filed ANSWER. | tb |
| (8)<br>May 18/98 | Pltf filed consent motion for EOT to respond to Deft's first interrogatories and request for production until June 25/98. | rr |
| (9)<br>May 20/98 | Pltf's consent motion for EOT to respond to Deft's first interrogatories and request for production until June 25/98 GRANTED. | rr |
| (10)<br>Jun 2/98 | ASSIGNED TO JUDGE RIDGWAY | cl |
| (11)<br>June 16/98 | Deft consent motion to designate this a test case (6) GRANTED.  ORDERED: that the Court No.s listed on the attached schedule are hereby suspended pending the final determination of this action. W/Schedule. | st |
| (12)<br>Jul 14/98 | Deft filed consent motion for EOT until Sep 14/98 to respond to pltf first set of interrogatories and request for production of documents. | tb |
| (13)<br>Jul 29/98 | Ordered:Deft's consnet motion for EOT to respond to pltf's first set of interrogatories & request for production of documents is Granted & extended to & including September 14/98.  (#12) | cl |

DS-2 (7/92 2M)

Page _____

| Docket Number | | Plaintiff | |
|---|---|---|---|
| Date (Filing/Entry) | | Proceedings | Int. |
| (14) Aug 28/98 | | Deft filed consent motion for EOT to respond to Pltf's first set of interrogatories and request for production Oct 14/98. | until rr |
| (15) Sep 2/98 | | Ordered:Deft's motion for EOT is Granted. Deft's time to serve its response to pltf's first set of interrogatories & request for production of documents & things is extended for thirty days, & including october 14/98. No further extensions will be granted. (#14) | cl |
| (16) Sep 15/98 | | Ordered:Parties' request for EOT to file a proposed scheduling order is Granted. Parties proposed scheduling order due by October 14/98. In the event counsel cannot agree on a proposed scheduling order, each counsel shall submit a proposed scheduling order directly to chambers (to be received no later than Friday, October 9), & counsel shall jointly initiate a telephone conference with the Court for 2:30 p.m. Eastern time on Wednesday, October 14/98, to resolve any outstanding issues. No further extensions of time will be granted. | cl |
| (17) Oct 14/98 | | Parties filed joint proposed scheduling order. | rr |
| (18) Oct 20/98 | | Scheduling Order:All expert witnesses shall be identified no later than April 16/99. Discovery shall be completed by May 28/99. Dispositive motions, if any, shall be filed no later than July 30/99. In the event that no dispositive motions are filed, requests for trial shall be filed by August 13/99...A pretrial conference shall be convened on October 29/99, at 10:00 a.m., in the chambers of the Honorable Delissa A. Ridgway, Judge. | cl |
| (19) Jun 11/99 | | Deft filed consent motion for EOT out of time within which to respond to pltf's second set of interrogatories & first request for admission directed to defendant. | cl |
| (20) Jun 17/99 | | Amended Scheduling Order:Deft's time to serve its response to pltf's second set of interrogatories & first request for admissions is extend 30 days to June 28/99 (with no further extensions of time to be granted) Dispositive motions if any due by August 30/99 (with no further extensions of time to be granted)& that in the event that no dispositive motions are filed, requests for trial shall be filed by Sept. 15/99 (with no further extensions of time to be granted) & that the remainder of the Court's Oct 18/98 Scheduling Order is suspended. | cl |

DS-2 (7/92 2M)

| 96-10-02291 | Toy Biz, Inc. |
|---|---|
| Docket Number | Plaintiff |

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (21) Aug 5/99 | Pltf filed Notice of Appearance. | cl |
| (22) Aug 9/99 | Deft filed Notice of Appearance. | cl |
| (23) Aug 20/99 | Pltf filed consent motion to amend scheduling order. | cl |
| (24) Sep 3/99 | Second Amended Scheduling Order: Pltf's motion is granted in part & denied in part. Discovery shall be completed by October 15, 1999. No further extensions will be granted. Dispositive motions, if any, shall be filed no later than November 15, 1999. No further extensions will be granted. In the event that no dispositive motions are filed, requests for trial shall be filed no later than November 29, 1999. No further extensions will be granted. The pretrial conference in this matter shall be held at @10:00 a.m. on February 3, 2000...(see order for further details) (#23) | cl |
| (25) Nov 15/99 | Pltf's motion for summary judgment. | cw |
| (26) Nov 24/99 | ORDERED that the Second Amended Scheduling Order is Suspended Indefinitely, With Briefing on the Motion for Summary judgment to be Completed in Accordance with the Rules of the Court. | dk |
| (27) Dec 15/99 | Deft filed consent motion for EOT until 1/14/00 to file it's response to Pltf's motion for summary judgment. | ss |
| (28) Dec 17/99 | Deft's consent motion for EOT (#27) GRANTED. | ss |
| (29) Jan 13/00 | Deft Filed Consent Motion for EOT Until January 19, 2000 to Respond to Pltf's Motion for Summary Judgment. | dk |
| (30) Jan 19/00 | ORDERED that deft's time to file its response to pltf's motion for summary judgment is extended for two business days from Jan 14/00, through and including Jan 19/00. | cw |
| (31) Jan 19/00 | Deft filed consent motion for EOT until 2/9/00 to respond to Pltf's motion for Summary Judgment. | ss |
| (32) Jan 24/00 | Deft's consent Motion for EOT Until February 9, 2000 to Respond to Pltf's Motion for Summary judgment GRANTED. ORDERED that NO Further Extensions Will be Granted.. | dk |
| (33) Feb 9/00 | Deft filed response to Pltf's statement of material facts for which there exists no issue to be tried. | ss 2/10 |
| (34) Feb 9/00 | Deft filed motion to dismiss & opposition to Pltf's | |

NEXT PAGE

DS-2 (7/92 2M)

| 96-10-02291 Docket Number | TOY BIZ, INC. Plaintiff | |
|---|---|---|
| Date (Filing/Entry) | Proceedings | Int. |
| (34) Feb 9/00 | Deft filed motion to dismiss & opposition to Pltf's motion for summary judgment & x-motion for summary judgment. w/memorandum in support. w/statement of material facts as to which there is no genuine issue to be tried. | ss 2/10 |
| (35) Mar 3/00 | Deft filed errata memorandum in connection with it's brief in opposition to Pltf's motion for summary judgment and in support of its x-motion for judgment. | ss 3/6 |
| (36) Mar 15/00 | Pltf Filed response to Deft's opposition to Pltf's Motion for Summary judgment and Pltf's Opposition to Deft's Cross- Motion for Summary judgment. | dk 3/15 |
| (37) Mar 29/00 | Deft Filed Reply memorandum to pltf's opposition to Deft's Cross-Motion for Summary judgment | dk 3/30 |
| (38) Apr 24/00 | Pltf filed list of samples in connection with their motion for Summary Judgment. | ss 4/25 |
| (39) Jul 21/00 | Deft Filed Letter Objecting to Pltf Exhibit Submissions. | dk 7/28 |
| (40) Oct 5/00 | Pltf submitted Toy Biz catalogs for 1994 and 1995. | |
| (41) Oct 4/00 | Deft's Response to Court's Inquiries as Set Forth in the "Toy Biz Questions" Filed | dk 10/6 |
| (42) Oct 5/00 | Pltf Filed Consent Motion to Withdraw Entries from the Summons. | dk 10/6 |
| (43) Oct 12/00 | Chambers Filed Toy Biz Quewstions II" to Guide Teleconference Discussion | dk 10/12 |
| (44) Oct 13/00 | Pltf Counsel, Sherry L. Singer, Filed Affidavit. | dk 10/13 |
| (45) Oct 13/00 | Pltf Filed Consent Motion to Withdraw Entries From Summons | dk 10/13 |
| (46) Oct 16/00 | Pltf Filed Submission in Response to Teleconference (Amended) and Letter of 10/12/00. | dk 10/17 |
| (47) Oct 17/00 | ORDERED that Parties Execute and File a Stipulation Memorializing Their Agreement by October 17, 2000(With a Copy to be Faxed Directly to ChaMBERs by Close of Business; that Pltf File Letter Documenting Cameron Hodge Sample and Hobgoblin Photo by October 17, 2000;that Deft File letter Documenting Deft's Withdrawal of Objection to Pltf's Sample Submissions not Produced to Deft During Discovery (With copy faxed to Chambers),;that Deft Eile Objections to Assortments as Stated at Conference by October 17, 2000 (With copy Faxed to Chambers); and that Pltf File any Additional Samples or Photos so as to be Received at the Court by October 20, 2000. | dk 10/17 |
| (48) Oct 17/00 | Pltf's Consent Motion to Withdraw Entries From the Summons GRANTED. | dk 10/17 |

DS-2 (7/92 2M)

| 96-10-02291 | Toy Biz, Inc. |
|---|---|
| Docket Number | Plaintiff |

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (49) Oct 17/00 | Deft Filed Motion in limine, with memo in Support | dk 10/18 |
| (50) Oct 18/00 | Pltf Filed Letter of Confirmation | dk 10/18 |
| (51) Oct 18/00 | Parties Filed proposed Stipulation | dk 10/18 |
| (52) Oct 18/00 | Chambers of Judge Ridgway Issued letter to parties. | dk 10/18 |
| (53) Oct 19/00 | Pltf Fax Letter to Chambers in Response to Deft's Objections Raised at Teleconference. | dk 10/19 |
| (54) Oct 19/00 | ORDERED that Pltf's Letter (53) be Docketed as its Response to Deft's Argument that Pltf has Abandoned all Claims as to Assortment Nos. 49605-I, 49605-II and 47720. ORDERED that Pltf's Response to Deft's Motion to Strike Pltf's Arguments Relating to Trading Cards Shall be Filed No Later Than October 27, 2000(With a copy to be faxed Directly to Chambers by Close of Business on that day) | 10/1 dk |
| (55) Oct 19/00 | Deft Filed Consent Motion to File its Response to Pltf's Complaint Out of Time | dk 10/20 |
| (56) Oct 20/00 | Pltf Filed Duplicate Figures, Pursuant to the Terms of the Stipulation of Oct 13/00.(9 Items). | dk 10/20 |
| (57) Oct 20/00 | Deft's Consent Motion to File its response to Pltf's Complaint out of Time [sic;Deft's Consent Motion to File Stipulation Out of Time] GRANTED. | dk 10/20 |
| (58) Oct 23/00 | Deft Filed Letter Regarding Samples Submitted by Pltf on April 24, 2000. | dk 10/24 |
| (59) Oct 26/00 | Pltf Filed Letter and Affidavit Correcting Discrepamcy in Assortment Desc5ription | dk 10/26 |
| (60) Oct 30/00 | Deft Counsel Filed Affidavit | dk 10/30 |
| (61) Oct 31/00 | Pltf Filed Response in opposition to Deft's Motion in limine. | dk 11/1 |
| (62) Nov 28/00 | Slip Op. 00-159; ORDERED: ORDERED: Pltf's motion for summary judgment on the issue of the classification of action figures as dolls versus toys is denied. ORDERED: Deft's cross-motion for summary judgment on the same issue is denied. ORDERED: that judgment on all other issues is reserved. ORDERED: that counsel for both parties shall confer and submit to the Court no later than 12-13-00 a proposed date for a procedural conference to be held in 1-2001, to discuss further proceedings in this case. | st11/29 |
| (63) DEC 13/00 | ORDERED that Counsel for Parties Appear at a Procedural Conference in Chambers on January 17, 2001 at 11:00 AM. | dk 12/13 |
| (64) Dec 19/00 | ORDERED that Deft's Motion In Limine is DENIED. | dk 12/19 |

DS-2 (7/92 2M)

| Docket Number | | Plaintiff | |
|---|---|---|---|
| Date (Filing/Entry) | Proceedings | | Int. |
| (65) Dec 19/00 | Memorandum and Opinion Issued Denying Deft's Motion In Limine. | | dk 12/19 |
| (66) Jan 26/01 | ORDERED that Counsel for the Parties Shall Appear at a Procedural Conference to be Held in Chambers at 11:00 AM on February 1, 2001. | | dk 1/26 |
| (67) Jan 25/01 | Slip Op. 01-9: ORDERED: Pltf's motion for summary judgment on the issue of the classification of certain action figures as toy "tin soldiers and the like" is denied. ORDERED: Deft's cross-motion for summary judgment on the same issue is granted. ORDERED: that judgment on all remaining issues is reserved. | | st 1/29 |
| (68) Feb 5/01 | ORDER Issued Regarding Further Proceedings, Scheduling and Stipulation and Settlement Efforts. [See Order for Details] | | dk 2/5 |
| (69) Feb 6/01 | Pltf Filed Original Toy Biz Catalogs for the Years 1994 and 1995, as per Order of Feb 5/01. [Two bound catalogs and cover letter received-with Chambers] | | dk 2/6 |
| (70) Feb 15/01 | Deft Filed Letter in Connection with Court's order DATED Feb 5/01. | | dk 2/16 |
| (71) Feb 16/01 | ORDERED that the Court will Hold in Abeyance Through March 9, 2001 any Decisions on the Remaining Issues Before the Court on Motions for Summary Judgment. ORDERED that Pltf Shall Advise Court in Writng by Feb 23/01 why-in Contravention of Court's feb 5/01 Order-why Pltf failed either to provide its analysis of the value of the case to Deft Counsel or Request an EOT. ORDERED that Counsel Advise Court by March 7/01 if unable to reconcile value analysis. ORDERED that, by March 9, 2001, Parties Shall File with the Court Certificate of Settlement Effotrs in Revised Form as provided in this Order and Shall Advise the Court as to Stipulations. [See Order for Details] | | dk 2/16 |
| (72) Feb 28/01 | Deft Filed Letter in Connection with Court's Order Dated Feb 2/01. | | dk 2/28 |
| (73) Feb 28/01 | Pltf Filed Samples of 16 Figures in Original Plastic Packaging as Exhibits in this Case. (With Chambers) | | dk 2/28 |
| (74) Mar 7/01 | Deft Filed Letter Regarding Value Analysis of this case | | dk 3/7 |

DS-2 (7/92 2M)

| 96-10-02291 | TOY BIZ, INC. |
|---|---|
| Docket Number | Plaintiff |

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (75) Mar 15/01 | ORDERED that Pltf Shall Submit a Letter Regarding Settlement Conference and Results of parties' Discussion Concerning Conference Call No Later than March 22, 2001 ORDERED that Deft Shall respond to Pltf's Letter at the Time of the Conference Call with the Court. | dk 3/15 |
| (76) Mar 15/01 | Pltf Filed Certification of Settlement Efforts | dk 3/16 |
| (77) Mar 19/01 | Pltf Filed Consent Motion to Withdraw Items From Case | dk 3/20 |
| (78) Mar 9/01 | Deft Filed Certification of Settlement Efforts | dk 3/20 |
| (79) Mar 22/01 | Pltf Filed Letter in Response to Court's Order of March 15/01 Regarding Settlement. | dk 3/20 |
| (80) Mar 26/01 | ORDERED that a Teleconference be Scheduled for 2:30 PM on Thursday, March 29, 2001 to Discuss Proposed Settlement Conference. ORDERED that Pltf Initiate Same. | dk 3/26 |
| (81) Mar 26/01 | Pltf Filed Letter in Response to Court's Order of March 15, 2001 | dk 3/27 |
| (82) Mar 28/01 | Pltf's Consent Motion to Withdraw Items from Case GRANTED. ORDERED that the Five Items be Removed from the Subject Summons as well as the four cases suspended thereunder. [See Order for Details] | dk 3/28 |
| (83) Apr 3/01 | ORDERED that Deft File Affidavits by April 6, 2002; that Deft's Affidavits Reflect Deft Consent to Classification of Beast, Bonebreaker, Cameron Hodge, Robot Wolverine and Vulture as Toys and that Pltf Shall File its Affidavits by May 31, 2001. | dk 4/3 |
| (84) Apr 6/01 | Deft Filed DEclaration of Alice Wong | dk 4/6 |
| (85) May 25/01 | Pltf Filed Affidavit of JoAnn E. McLaughlin. | dk 5/25 |
| (86) Jan 10/02 | Docket sheet scanned. | ss |

DS-2 (7/92 2M)

Page _____

| Docket Number | Plaintiff |
|---|---|

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| | | |

DS-2 (7/92 2M)