

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
JUDITH M. BARZILAY
JUDGE

November 14, 2002

<u>Via Fax & Regular Mail</u>

Indie K. Singh, Esq.        *Fax*: (516) 872-7936
Sherry L. Singer, Esq.
Singer & Singh
550 West Merrick Road
Valley Stream, New York 11580

Mikki Graves Walser, Esq.   *Fax*: (212) 264-1916
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza
New York, New York 10278

      Re:    Toy Biz, Inc. v. United States
             <u>Court No. 96-02291</u>

Dear Counsel:

      As you know, this case was reassigned to these chambers on October 2, 2002. I am actively considering the case and intend to publish a dispositive opinion on all remaining issues shortly. In order to avoid further delay, I ask counsel to confirm that the items currently at issue and which should be covered by that opinion are the items which appear listed on the Stipulation signed by counsel and Judge Ridgway dated October 17, 2000 with the following amendments:

      Plaintiff has withdrawn from the case, the following figures: "Daredevil," "Invisible Woman," "Punisher," "U.S. Agent," and "Peter Parker." Defendant has agreed to classify the items "Beast," "Bonebreaker," "Cameron Hodge," "Robot Wolverine," and "Vulture" as "other toys," under subheading 9503.90.00 of HTSUS.

November 14, 2002
Page 2

      Please confirm this understanding by joint letter to be filed with the Court by November 25, 2002. Should counsel have questions or concerns, I would be available for a conference call which can be arranged by contacting Stephen Swindell in the Office of the Clerk of the Court at (212) 264-2030.

                        Very truly yours,

JMB/mrt                 /S/      Judith M. Barzilay
cc:    Stephen Swindell            Judge