

United States Court
of International Trade
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10278-0001

April 10, 2008

Ms. Sherry L. Singer
Singer & Singh
1430 Broadway
New York, NY 10001

Dear Ms. Singer;

    This letter is being sent in connection with the case of Toy Biz, Inc. v. U.S., Court No. 96-02291, before Judge Barzilay. This case has been dismissed since January 3, 2003, since then, the court has been holding the trial exhibits.
Please make arrangements to pick these exhibits up by close of business Friday, April 25, 2008. If the court does not here from you by close of business of the 25th they will be disposed of.

If you have any questions please feel free to call me at (212) 264-2018.

Very Truly Yours,

Stephen Swindell
Case Manager