

United States Court
of International Trade
OFFICE OF THE CLERK
One Federal Plaza
New York, NY 10007

# EXHIBIT RECEIPT

This will acknowledge receipt of our exhibits in the following case:

NAME: Toy BIZ v. U.S.

COURT NO.: 96-02291

DATED:

BY: Sherry Singer

FIRM NAME AND ADDRESS: Singer & Singh
1430 Broadway
Suite 1101
New York, NY 10018

REPRESENTING: Toy Biz